IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR412-81 |
| ) | |
| CHRISTOPHER GHRIST, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Recognizing the sensitive nature of the information contained therein, and pursuant to the Defendant's motion to seal Exhibit 3 to his motion to reduce sentence (Doc. 35), the Defendant's motion (Doc. 36) is hereby **GRANTED**, and the Clerk is directed to SEAL Exhibit 3 with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 4th day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA