| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 4:12CR00081-1 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Georgia | Savannah |

| Christopher Wayne Ghrist | NAME OF SENTENCING JUDGE |
|---|---|
| 212 Fennel Street | Honorable William T. Moore, Jr. |

| Alexandria, Pennsylvania 15670 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/4/2023 | TO 10/3/2026 |

**OFFENSE**
18 U.S.C. § 922(g)(1) – Possession of a firearm by a convicted felon

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Jurisdiction was requested by United States Probation Officer Vanessa Trecki, Western District of Pennsylvania, based on Ghrist's familial ties to the area and no intention to return to the Southern District of Georgia.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      SOUTHERN      DISTRICT OF      GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Western District of Pennsylvania _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_FEB. 26, 2024_
Date

_William T. Moore, Jr._
Judge, U.S. District Court

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      Western      DISTRICT OF      Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 26, 2024
*Effective Date*

s/Cathy Bissoon
*United States District Judge*